■ ANTHONY FARINA, Also Known as ATTILIO A. FARINA, JR., Appellant, v EDWARD JONES, Respondent. (Appeal No. 3.)—Judgment and order unanimously affirmed, without costs. Memorandum: The decisions in *Schwerzler v Farina* (58 AD2d 731) and *Miller v Farina* (58 AD2d 731) are determinative of the issues on this appeal. (Appeal from judgment and order of Erie Supreme Court—automobile negligence.) Present—Marsh, P. J., Cardamone, Dillon, Goldman and Witmer, JJ.